UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION
2014 OCT 28 PM 1:53
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:14-cr-48 RLY-WGH-01 |
| ) | |
| KEVIN RAY HICKS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

Counts 1-23

[18 U.S.C. § 1709 – Theft of Mail Matter by Officer or Employee]

The Grand Jury charges that:

From in or around July 2014 through August 2014, in the Southern District of Indiana, Evansville Division, **KEVIN RAY HICKS**, the defendant herein, while working as a United States Postal Service employee, did unlawfully embezzle and steal packages and prescription pain medication contained therein which were entrusted to him and intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, to wit: while working as a Manager in the Evansville, Indiana Postal Processing and Distribution Facility, HICKS removed packages mailed by the Veterans Affairs Administration from the processing facility, opened the packages, and stole the prescription pain medication contained therein, as specified in each count below.

| Count | On or About Date | Addressee | Address | USPS Tracking # |
|---|---|---|---|---|
| 1 | July 18, 2014 | HEW | North Dubois, IN 47527 | 9274 8901 0661 8000 0361 4080 29 |
| 2 | July 18, 2014 | JWS | Greenville, KY 42345 | 9274 8901 0661 8000 0361 3964 18 |
| 3 | July 18, 2014 | JNA | Madisonville, KY 42431 | 9274 8901 0661 8000 0359 1785 52 |
| 4 | July 18, 2014 | CLN | Lewisport, KY 42351 | 9274 8901 0661 8000 0359 5658 57 |
| 5 | August 1, 2014 | SED | Fort Branch, IN 47648-8203 | 9274 89010006 8500 0646 7631 37 |
| 6 | August 1, 2014 | DLP | Maceo, KY 42355 | 9274 8901 0006 8500 0646 8464 41 |
| 7 | August 1, 2014 | PMM | Henderson, KY 42420 | 9274 8901 0006 8500 0646 7735 94 |
| 8 | August 1, 2014 | WCS | Petersburg, IN 47567 | 9274 8901 0006 8500 0646 7213 59 |
| 9 | August 1, 2014 | KDC | Henderson, KY 42420 | 9274 8901 0006 8500 0646 7716 82 |
| 10 | August 1, 2014 | RES | Owensboro, KY 42303 | 9274 8901 0006 8500 0646 7725 59 |
| 11 | August 1, 2014 | MLH | Vincennes, IN 47591 | 9274 8901 0006 8500 0646 6810 42 |
| 12 | August 1, 2014 | KRG | Winslow, IN 47598 | 9274 8901 0006 8500 0646 7648 82 |
| 13 | August 1, 2014 | GLH | Philpot, KY 42366 | 9274 8901 0006 8500 0646 8345 85 |
| 14 | August 1, 2014 | DGM | Evansville, IN 47714 | 9274 8901 0006 8500 0646 5866 99 |
| 15 | August 1, 2014 | AAW | Jasper, IN 47546 | 9274 8901 0006 8500 0646 8284 78 |
| 16 | August 1, 2014 | GEN | Boonville, IN 47601 | 9274 8901 0006 8500 0646 6973 57 |
| 17 | August 1, 2014 | MB | Patoka, IN 47666-0131 | 9274 8969 0078 2220 6373 84 |
| 18 | August 1, 2014 | DSB | Owensboro, KY 42301 | 9274 8901 0006 8500 0646 6685 17 |
| 19 | August 1, 2014 | HLU | Evansville, IN 47714 | 9274 8901 0006 8500 0646 6723 61 |
| 20 | August 1, 2014 | PLL | Evansville, IN 47714 | 9274 8901 0006 8500 0646 7069 43 |
| 21 | August 1, 2014 | HEC | Mt Vernon, IN 47620 | 9274 8901 0006 8500 0646 7674 01 |
| 22 | August 1, 2014 | IFI | Evansville, IN 47715 | 9274 8901 0006 8500 0646 7585 22 |

| 23 | August 1, 2014 | LRW | Sturgis, KY 42459 | 9274 8901 0006 8500 0646 6933 04 |

All of which is in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
Acting United States Attorney

by: _____
Kyle M. Sawa
Assistant United States Attorney

JOSH J. MINKLER
Acting United States Attorney

by: _____
Todd S. Shellenbarger
Assistant United States Attorney